| CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET | DATE: 3/27/12 |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| CASE TITLE SunTrust Mortgage, Inc. v. Premier Home Mortgage, Inc | CASE NO: 3:11CV597 <br> JUDGE: Spencer <br> COURT REPORTER: Kull |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: _____

APPEARANCES: Parties by (✓)/with ( ) counsel        Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )    DEFENDANT(S) ( )    Court ( )

OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( )    RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

Dfts Motion for Summary Judgment "Partial" Taken Under Advisement.

Counsel for Plaintiff(s)  Robert Perrow
                         John Relyon Boyd Jr.
Counsel for Defendant(s)
                         Kelvin Fink

SET: 9:00    BEGAN: 9:02    ENDED: 9:49    TIME IN COURT: :47
RECESSES: