IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:11CV597 |
| ) | |
| PREMIER HOME MORTGAGE, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(a)(ii), Plaintiff, SunTrust Mortgage, Inc., and Defendant, Premier Home Mortgage, Inc.., by counsel, file this Stipulation of Dismissal of all claims and causes of action asserted by either party against the other. The parties herein stipulate that they voluntarily dismiss, with prejudice, all of their claims and causes of action which have been or could have been alleged in the above-referenced case, each party to bear its own costs.

| SUNTRUST MORTGAGE, INC. | PREMIER HOME MORTGAGE, INC. |
|---|---|
| By: __/s/ Steven P. Gould__ | By: __/s/ Kevin J. Funk__ |
| Robert D. Perrow (VSB No. 14766) | Kevin J. Funk, Esq. (VSB No. 65465) |
| J.P. McGuire Boyd, Jr. (VSB No. 72753) | DurretteCrump, PLC |
| Steven P. Gould (VSB No. 80411) | 1111 East Main Street, 16th Floor |
| Williams Mullen | Richmond, Virginia 23219 |
| P.O. Box 1320 | Telephone: 804.343.4387 |
| Richmond, Virginia 23218-1320 | Facsimile: 804.775.6911 |
| Telephone: 804.420.6000 | Email: kfunk@durrettecrump.com |
| Facsimile: 804.420.6507 | *Counsel for Defendant Premier Home* |
| Email: bperrow@williamsmullen.com | *Mortgage, Inc.* |
| Email: mboyd@williamsmullen.com | |
| Email: sgould@williamsmullen.com | |
| *Counsel for Plaintiff SunTrust Mortgage, Inc.* | |

17682564_1.DOC

**SO ORDERED**

MAY 10 2012

_____/s/_____
James R. Spencer
United States District Judge